AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Bruce Derrick Calhoun

**V.**

San Diego County, et al

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   10cv434-DMS (WVG)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court Dismisses the Complaint with prejudice for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C.1915(e)(2)(B)(ii).

| April 22, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/L Odierno

(By) Deputy Clerk

ENTERED ON April 22, 2010